UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PIONEER OIL, LLC, §
§
and §
§
UNITED REFINING COMPANY, §
§   Case No. ___4:26-cv-1176___
Plaintiffs, §
§
v. §
§
AITX,LLC, §
§
and §
§
AITX LEASING, LLC, §
§
Defendants. §

## COMPLAINT

Plaintiffs, Pioneer Oil, LLC ("Pioneer") and United Refining Company ("United") sue defendants AITX, LLC ("AITX") and AITX Leasing, LLC ("AITX Leasing") as follows:

1.      Pioneer is a Montana limited liability company with its principal place of business in Billings, Montana.

2.      United is a Pennsylvania business corporation with its principal place of business in Warren, Pennsylvania.

3.      AITX is a North Dakota limited liability company with its principal place of business in St. Charles, Missouri. AITX may be served through its registered agent CT Corporation System, 120 S. Central Avenue, Clayton, MO 63105.

31747626.1

4.      AITX Leasing is a Delaware limited liability company with its principal place of business in St. Charles, Missouri. AITX Leasing may be served through its registered agent CT Corporation System, 120 S. Central Avenue, Clayton, MO 63105.

5.      This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §1332(a). Upon information and belief, no individual or entity member of either AITX or AITX Leasing is a citizen of Montana or Pennsylvania. There is thus complete diversity of citizenship between Plaintiffs and Defendants. The amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs.

6.      Venue is proper in the Eastern District of Missouri under 28 U.S.C. §1391 (b)(1) because both defendants reside in this District.

## FACTS – PIONEER OIL, LLC

7.      Pioneer originally entered into a contractual relationship with American Railcar Leasing, LLC ("ARL"), a predecessor-in-interest to AITX and/or AITX Leasing, pursuant to a Master Service Contract dated June 30, 2005 (the "Pioneer Master Contract"). Pursuant to the Pioneer Master Contract, ARL leased certain rail cars to Pioneer. These rail cars are exterior coiled insulated tank cars, to be used to transport asphalt to customers of Pioneer. Under the terms of the Pioneer Master Contract, ARL remained the owner of the cars. While ARL has been replaced as a contractual party by two successors, ultimately including AITX and/or AITX Leasing now, the Pioneer Master Contract is still in effect, and Pioneer is currently the lessee of fifty AITX-owned rail cars pursuant to the Pioneer Master Contract.

31747626.1

8.     Pursuant to the Pioneer Master Contract, Pioneer had and has the obligation to preserve the cars in good condition and return the cars at specified times to ARL free from residue and in good working order. Pursuant to the Pioneer Master Contract, ARL was, and AITX and/or AITX Leasing is, obligated to furnish cars in accordance with present US Department of Transportation ("DOT") requirements and in compliance with Association of American Railroads ("AAR") rules of interchange. Further, ARL was, and AITX and/or AITX Leasing is, obligated to conduct necessary repairs during the term of the lease upon notice of car damage or defect provided by Pioneer. Upon such notice, Pioneer was and is to forward the cars as directed by ARL, AITX, and AITX Leasing, as the case may be, and upon the placement of such cars in the shop at the direction of ARL/AITX/AITX Leasing, the rental charges on each car were and are to cease until the car was or is ready to leave the shop to be returned to Pioneer. The only basis for continuation of rental charges during the shop time would be if the repairs were or are required as a result of misuse or negligence of Pioneer or its consignee, agent, or sub-lessee.

9.     The Pioneer Master Contract was renewed and amended through a series of contractual agreements between Pioneer and ARL and then between Pioneer and ARL's successor, SMBC Rail Services, LLC, another predecessor-in-interest to AITX and/or AITX Leasing. Through all of these renewals and amendments, the essential terms as set forth in paragraphs 7 and 8 hereinabove have remained and still remain in effect between Pioneer and AITX/AITX Leasing. AITX/AITX Leasing remains the owner of the subject rail cars and, as the successor-in-interest to SMBC

31747626.1

Rail Services, LLC, is the current lessor under the terms of the Pioneer Master Contract.

10.     Pursuant to the Pioneer Master Contract, Pioneer has substantially performed its contractual obligations to AITX, AITX Leasing, and their predecessors at all time.  Pioneer has paid monthly rent in accordance with the contract terms, maintained the cars to DOT and AAR standards, used authorized shops designated by AITX and/or AITX Leasing, complied with mileage and reporting/return conditions, and promptly reported heater coil failures.

11.     AITX, after its succession to the interests of SMBC Rail Services, LLC has delegated the servicing of Pioneer as a customer under the Pioneer Master Contract to AITX Leasing. AITX Leasing is paid for these services and acts as AITX's agent under the terms of the Pioneer Master Contract.

12.     Several AITX-owned rail cars subject to the Pioneer Master Contract have failed. Specifically, the heating coils in the cars necessary to allow the asphalt to be transported failed such that the asphalt could not be unloaded from the cars to be used by Pioneer's customers. Currently, at least twenty-six (more than half) of the AITX rail cars leased to Pioneer have experienced at least one coil failure, and reports of failures continue. Based on this recent history, Pioneer reasonably believes that further failures are expected in the coils of the AITX-owned rail cars.

13.     Pursuant to the terms of the Pioneer Master Contract, Pioneer has timely notified AITX, directly and through AITX Leasing, of the coil failures. In response, beginning in 2025, AITX and AITX Leasing have refused to comply with

31747626.1

the requirements of the Pioneer Master Contract to direct Pioneer where to forward most of the cars for repair and to pay for the repairs. AITX and AITX Leasing representatives have represented to Pioneer that AITX will not approve cars to be repaired and will not accept them into shops. For some of the damaged cars, however, without any explained distinction or rationale, AITX has directed the cars to shops, although it has apparently not repaired them, and none of them have been returned to Pioneer in an acceptable condition. AITX has continued to demand payment of full rent for each car in violation of the terms of the Pioneer Master Contract. In addition, AITX has demanded that Pioneer pay for each damaged car $83,000 (represented by AITX to be the depreciated value of the car) plus all lease payments due under the remaining term of the lease. This demand by AITX for Pioneer to buy and pay rent for non-performing AITX-owned cars that are not compliant with DOT or AAR standards, that have failed or been damaged through no fault of Pioneer, and that simply do not work, amounts to millions of dollars and is wholly unreasonable.

14.    The failures of the cars are the result of a latent defect in the coils resulting in corrosion fatigue through no fault of Pioneer.

15.    AITX's and AITX Leasing's provision of the defective, damaged, and/or nonconforming cars breaches the Pioneer Master Contract. Further, AITX's and AITX Leasing's refusal to accept the cars for repair and refusal to maintain and repair the cars constitutes breach of contract.

31747626.1

## FACTS – UNITED REFINING COMPANY

16.     United is an independent oil refiner with a refinery in Warren, Pennsylvania, that produces finished petroleum products, including asphalt. United sells asphalt to customers across the eastern United States and into Canada.

17.     On January 21, 2009, United entered a Master Service Contract with American Railcar Leasing, LLC ("ARL"), as amended by Master Service Contract entered by United and ARI Leasing, LLC ("ARI"), (the "United Master Contract"). Both ARL and ARI are predecessors-in-interest to AITX and AITX Leasing. By amendment to the United Master Contract dated January 5, 2024, AITX Leasing was identified the "Lessor" and "as the owner or on behalf of the owner of all railcars covered hereby, together with any subsequent assignees."

18.     Pursuant to the United Master Contract, United leased from AITX Leasing, 130 exterior coiled insulated tank cars, to be used to transport asphalt to United's customers. Under the terms of the United Master Contract, as amended, AITX Leasing remained the owner of the cars. The United Master Contract is still in effect.

19.     Pursuant to the United Master Contract, United had and has the obligation to preserve the cars in good condition and return the cars at specified times to AITX Leasing free from residue and in good working order. Pursuant to the United Master Contract, AITX Leasing is obligated to furnish cars in accordance with present US Department of Transportation ("DOT") requirements and in compliance with Association of American Railroads ("AAR") rules of interchange. Further, AITX

31747626.1

Leasing is obligated to conduct necessary repairs during the term of the lease upon notice of car damage or defect provided by United. Upon such notice, United is to forward the cars as directed by AITX Leasing, and upon the placement of such cars in the shop at the direction of AITX Leasing, the rental charges on each car were and are to cease until the car was or is ready to leave the shop to be returned to United. The only basis for continuation of rental charges during the shop time would be if the repairs were or are required as a result of misuse or negligence of United or its consignee, agent, or sub-lessee.

20.     The United Master Contract has been renewed and amended through a series of contractual agreements between United and AITX Leasing. Through the renewals and amendments, the essential terms as set forth in paragraphs 18 and 19 hereinabove have remained and still remain in effect between United and AITX Leasing. AITX Leasing remains the owner of the subject rail cars and is the current lessor under the terms of the United Master Contract. Communications regarding the United Master Contract are made to United from representatives of AITX, without distinction by AITX between it and its affiliate, AITX Leasing. All invoices sent to United under the United Master Contract come from AITX without distinction by AITX between it and its affiliate, AITX Leasing, and are payable to AITX Leasing.

21.     Pursuant to the United Master Contract, United has substantially performed its contractual obligations to AITX Leasing and its predecessors at all times.  United has paid monthly rent on all cars not in a shop for repairs in accordance with the contract terms, maintained the cars to DOT and AAR standards, used

31747626.1

authorized shops designated by AITX and/or AITX Leasing, complied with mileage and reporting/return conditions, and promptly reported heater coil failures.

22.     Since August of 2024, as of the date of this filing, 24 of the 130 AITX Leasing-owned rail cars subject to the United Master Contract have failed. Specifically, the heating coils in the cars necessary to allow the asphalt to be transported failed such that the asphalt could not be unloaded from the cars to be used by United's customers. The heater coil failures began abruptly and continue at an alarming rate. Based on this recent history, United reasonably believes that further failures are expected in the heater coils of the AITX Leasing-owned rail cars.

23.     Pursuant to the terms of the United Master Contract, United has timely notified AITX and/or AITX Leasing of the coil failures. In response, AITX and AITX Leasing have refused to comply with the requirements of the United Master Contract to direct United where to forward the cars for repair and to pay for the repairs. In some instances, AITX directed United to forward the cars with failed coils to repair shops. AITX and/or AITX Leasing would not repair or replace the cars until United agreed to pay for the repairs or pay the salvage value of cars. In other instances, AITX and AITX Leasing would not direct United to forward the affected cars to shops for repair. AITX and AITX Leasing representatives represented to United that they will not approve cars to be repaired. None of the cars have been returned to United in an acceptable condition. AITX Leasing has continued to demand payment of full rent for each car in violation of the terms of the United Master Contract. In addition, AITX and/or AITX Leasing sent United an estimate for $93,000 for the repair or salvage

31747626.1

value of one of the cars. AITX and AITX Leasing have indicated to Untied that it must pay approximately that amount plus all costs to clean and remove the product from the failed cars. AITX and/or AITX Leasing continues to invoice United the rental fees for the shopped cars in violation of the United Master Contract. AITX's and AITX Leasing's demand for United to buy and pay rent for non-performing cars that are not compliant with DOT or AAR standards, that have failed or been damaged through no fault of United, and that simply do not work, amounts to millions of dollars and is wholly unreasonable.

24.    United continues to pay fees to third parties to store the unusable cars and rent replacement cars for asphalt service from other lessors.

25.    The failures of the cars are the result of a latent defect in the coils resulting in corrosion fatigue through no fault of United.

26.    AITX Leasing's provision of the defective, damaged, and/or nonconforming cars breaches the United Master Contract. Further, AITX Leasing's refusal to accept the cars for repair and refusal to maintain and repair the cars constitutes breach of contract.

## COUNT ONE – BREACH OF CONTRACT

### (Pioneer Oil, LLC v. AITX, LLC and AITX Leasing, LLC)

27.    As described in paragraphs 7-11 hereinabove, Pioneer has a valid and enforceable contract with AITX and its predecessors in interest.

28.    AITX Leasing is a third-party beneficiary of that contract because it is paid for servicing Pioneer under the terms of the contract.

31747626.1

29.     As described in paragraphs 212-15, AITX and AITX Leasing breached the contract with Pioneer.

30.     As a result of the breaches of AITX and AITX Leasing, Pioneer has been damaged.

     a.     Pioneer has suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; costs to lease additional cars from third parties to mitigate the disruption caused by the breaches; business disruption as a result of unusable cars and repeated down time; loss of use and excess rental charges for out-of-service, defective, non-conforming, and/or damaged cars; damaged business relationships with Pioneer's customers; and other damages. While these damages have not been fully liquidated, they amount to substantially more than $75,000 exclusive of interest.

     b.     Pioneer has suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; business disruption as a result of unusable cars and repeated down time; loss of use and excess rental charges for out-of-service, defective, non-conforming, and/or damaged cars; damaged business relationships with Pioneer's customers; and other damages. While these damages have not been fully liquidated,

31747626.1

they amount to substantially more than $75,000 exclusive of interest.

## COUNT TWO – BREACH OF CONTRACT

### (United Refining Company v. AITX Leasing, LLC)

31. As described in paragraphs 16-21 hereinabove, United has a valid and enforceable contract with AITX Leasing and its predecessors in interest.

32. As described in paragraphs 22-26, AITX Leasing breached the contract with United.

33. As a result of the breaches of AITX Leasing, United has been damaged.

    a. United has suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; costs to lease additional cars from third parties to mitigate the disruption caused by the breaches; business disruption as a result of unusable cars and repeated down time; loss of use and excess rental charges for out-of-service, defective, non-conforming, and/or damaged cars; damaged business relationships with United's customers; and other damages. While these damages have not been fully liquidated, they amount to substantially more than $75,000 exclusive of interest.

    b. United has suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; business disruption as a result of unusable cars and repeated

31747626.1

down time; loss of use and excess rental charges for out-of-service, defective, non-conforming, and/or damaged cars; damaged business relationships with Pioneer's customers; and other damages. While these damages have not been fully liquidated, they amount to substantially more than $75,000 exclusive of interest.

## COUNT THREE – BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

34.     The covenant of good faith and fair dealing is implied in AITX Leasing's and AITX's contracts with both Pioneer and United under prevailing New York law, which applies to the Pioneer Master Contract and the United Master Contract by their express terms.

35.     AITX's and AITX Leasing's actions to deprive Pioneer of the benefits of the Pioneer Master Contract and United of the benefits of the United Master Contract breached the covenant of good faith and fair dealing.

36.     AITX's and AITX Leasing's breaches of the covenant of good faith and fair dealing damages Pioneer and United.

        a.     Pioneer and United have suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; costs to lease additional cars from third parties to mitigate the disruption caused by the breaches; business disruption as a result of unusable cars and repeated down time; loss of use and excess rental charges for out-of-service, defective,

Complaint - Page **12** of **15**

31747626.1

non-conforming, and/or damaged cars; damaged business relationships with their customers; and other damages. While these damages have not been fully liquidated, they amount to substantially more than $75,000 exclusive of interest.

b.   Pioneer and United have suffered significant direct and consequential damages, including repair costs, storage costs, and freight costs; business disruption as a result of unusable cars and repeated down time; loss of use and excess rental charges for out-of-service, defective, non-conforming, and/or damaged cars; damaged business relationships with their customers; and other damages. While these damages have not been fully liquidated, they amount to substantially more than $75,000 exclusive of interest.

## COUNT FOUR – DECLARATORY JUDGMENT

37.   This Court is authorized to grant a declaratory judgment under 28 U.S.C. § 2201, the Declaratory Judgment Act, pursuant to Rule 57 of the Federal Rules of Civil Procedure.

38.   Pioneer and United have each experienced – and they both continue to experience – coil failures on the AITX and AITX Leasing-owned rail cars they have leased from AITX and/or AITX Leasing. Both Pioneer and United reasonably expect more failures to occur in the future.

Complaint - Page **13** of **15**

39.     Despite their duties under the relevant contracts, AITX and AITX Leasing have continued to refuse to repair their own cars, accept them from Pioneer and United upon proper contractual notice of damage, and to maintain the cars to required standards. AITX and AITX Leasing have, moreover, repeatedly demanded that Pioneer and United pay exorbitant sums to AITX and AITX Leasing as a result of the damage not caused by Pioneer or United.  AITX's and AITX Leasing's actions in this regard have resulted in unnecessary costs, uncertainty, and interrupted business for both Pioneer and United.

40.     AITX and AITX Leasing claim that the position they are taking flows from the Pioneer Master Contract and the United Master Contract; Pioneer and United disagree strongly. As a result, Pioneer and United seek a declaration from the Court as to what party/parties bear responsibility to repair the cars at issue and what contractual responsibilities each party has in the event of coil failure.

41.     The coil failures and subsequent refusals of AITX and AITX Leasing to repair or even accept the cars has created an actual, substantial controversy between Pioneer and United, respectively, and both AITX and AITX Leasing. This controversy is highlighted by AITX's and AITX Leasing's ongoing demands for payment for the undepreciated value of the damaged cars and future rent payments for the terms of the unusable cars.

42.     Due to these actual, substantial controversies, Pioneer and United request a judicial declaration of the rights and responsibilities of the parties.

31747626.1

Pioneer and United therefore pray (1) that the Court enter judgment in their favor for direct and consequential damages resulting from AITX's and AITX Leasing's breaches of contract and breaches of the duty of good faith and fair dealing, together with prejudgment and post-judgment interest;  (2) that the Court enter a declaratory judgment that AITX and AITX Leasing are responsible for repair of the damaged rail cars at the cost of AITX and/or AITX Leasing and that Pioneer and United are not responsible for rent charges during the time the cars in the shop are being repaired; and (3) for such other relief to which they are entitled.


Respectfully submitted,

/s/ Wayne L. Robbins, Jr.
Wayne L. Robbins, Jr.
Texas Bar No. 24040356
   *Pro Hac Vice Admission Pending*
**ROBBINS TRAVIS PLLC**
2485 E Southlake Blvd., Suite 160
Southlake, TX 76092
P: (817) 918-2300
F: (817) 458-0414
wlr@robbinstravis.com

*Attorneys for Plaintiff,*
*Pioneer Oil, LLC*

/s/ William A. Brasher
William A. Brasher, #30155
**REIFERS, HOLMES & PETERS, LLC**
1010 Market Street, Suite 950
St. Louis, Missouri 63101
P: (314) 621-7700
F: (314) 621-1088
wbrasher@rhpfirm.com

*Attorneys for Plaintiffs, United*
*Refining Company and Pioneer Oil, LLC*

31747626.1